## NATIONAL ACCIDENT SOCIETY *v.* SPIRO.

CERTIFICATE FROM THE CIRCUIT COURT OF APPEALS FOR THE
SIXTH CIRCUIT.

No. 460. Submitted April 27, 1896. — Decided November 30, 1896.

A defendant, by filing a petition in a state court for removal of the cause
to the United States court, in general terms, unaccompanied by a plea in
abatement, and without specifying or restricting the purpose of his ap-
pearance, does not thereby waive objection to the jurisdiction of the
court for want of sufficient service of the summons.

THE case is stated in the opinion.

*Mr. H. D. McBurney* for plaintiff in error.

*Mr. Henry H. Ingersoll* for defendant in error.

THE CHIEF JUSTICE: This is a certificate from the Circuit
Court of Appeals for the Sixth Circuit, propounding, after a
preliminary statement, the following question :

"Does a defendant by filing a petition in a state court for
removal of the cause to the United States court, in general
terms, unaccompanied by a plea in abatement, and without
specifying or restricting the purpose of his appearance, thereby
waive objection to the jurisdiction of the court for want of
sufficient service of the summons ? "

For the reasons given and on the authorities cited in the
case of *Wabash Western Railway* v. *Brow, ante,* 271, the
question must be answered in the negative.

*Certificate accordingly.*

MR. JUSTICE BREWER and MR. JUSTICE PECKHAM dissented.